IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHANE R. CARL,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:18-CV-97-DB<br><br>District Judge Dee Benson |

Reviewing this prisoner civil-rights complaint under 28 U.S.C.S. § 1915A (2019), in an Order dated October 12, 2018, the Court deemed it deficient. (Doc. No. 12.) The Court gave directions for curing deficiencies, sent Plaintiff a "Pro Se Litigant Guide" (with a civil-rights complaint form), and ordered deficiencies be cured within thirty days. On November 2, 2018, Plaintiff instead filed a nonresponsive document, titled, "Summary of Facts for Case." (Doc. No. 13.) More than six months have passed, but the Court has not again heard from Plaintiff.

**IT IS ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), follow the Court's Order, and to prosecute this case, *see* DUCivR 41-2. This action is **CLOSED.**

        DATED this 13th day of May, 2019.

                                    BY THE COURT:

                                    JUDGE DEE BENSON
                                    United States District Court